No. 02–7023. Faucher, aka Fancher v. United States. C. A. 5th Cir. Certiorari denied.

No. 02–7024. General v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–7025. Harden v. United States; and
No. 02–7122. Harden v. United States. C. A. 6th Cir. Certiorari denied. Reported below: 298 F. 3d 523.

No. 02–7027. Kithcart v. United States. C. A. 3d Cir. Certiorari denied.

No. 02–7030. Rutherford et al. v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–7033. Vaughn v. United States. C. A. 5th Cir. Certiorari denied.

No. 02–7034. Rosales-Rodriguez v. United States. C. A. 9th Cir. Certiorari denied.

No. 02–7036. Parks v. United States. C. A. 9th Cir. Certiorari denied.

No. 02–7037. Becker v. United States. C. A. 11th Cir. Certiorari denied.

No. 02–7040. Gresham v. Chandler, Warden, et al. C. A. 5th Cir. Certiorari denied.

No. 02–7042. Hamilton v. Mack, Warden. C. A. 6th Cir. Certiorari denied.

No. 02–7044. Jackson, aka Lnu v. United States. C. A. 3d Cir. Certiorari denied.

No. 02–7047. Gardner, aka Archer v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–7051. Carter v. United States. C. A. 10th Cir. Certiorari denied.

No. 02–7052. Woodfin v. Angelone, Director, Virginia Department of Corrections. C. A. 4th Cir. Certiorari denied.